**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: LOUIS, WILLIAM B. | § | Case No. 09-41138 |
|      LOUIS, SHANNON M. | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 30, 2009. The undersigned trustee was appointed on July 26, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $    70,000.87

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 26,131.67 |
| Bank service fees | 1,165.92 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 27,703.28 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/07/2012 and the deadline for filing governmental claims was 03/07/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,000.04. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,000.04, for a total compensation of $6,000.04.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.92, for total expenses of $0.92.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/17/2013    By: /s/ALEX D. MOGLIA
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-41138  
**Case Name:** LOUIS, WILLIAM B.  
LOUIS, SHANNON M.  
**Period Ending:** 06/12/13

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 10/30/09 (f)  
**§341(a) Meeting Date:** 12/16/09  
**Claims Bar Date:** 03/07/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | PERSONAL INJURY SUIT (u) | 70,000.00 | 0.00 | | 70,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.87 | Unknown |
| 2 | Assets **Totals** (Excluding unknown values) | **$70,000.00** | **$0.00** | | **$70,000.87** | **$0.00** |

**Major Activities Affecting Case Closing:**

PREPARATION OF FINAL REPORT.

**Initial Projected Date Of Final Report (TFR):** March 31, 2012  **Current Projected Date Of Final Report (TFR):** June 5, 2013

Printed: 06/17/2013 03:23 PM  V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-41138
**Case Name:** LOUIS, WILLIAM B.
LOUIS, SHANNON M.
**Taxpayer ID #:** **-***2700
**Period Ending:** 06/12/13

**Trustee:** ALEX D. MOGLIA (330260)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******92-65 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/07/11 | {1} | American Family Insurance | Settlement payment | 1229-000 | 70,000.00 | | 70,000.00 |
| 12/20/11 | | To Account #9200******9266 | funds for blanket bond | 9999-000 | | 700.00 | 69,300.00 |
| 12/20/11 | | To Account #9200******9266 | FUNDS FOR PAYMENT OF EXEMPTION TO DEBTOR | 9999-000 | | 15,000.00 | 54,300.00 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.41 | | 54,300.41 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 95.75 | 54,204.66 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.46 | | 54,205.12 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 118.50 | 54,086.62 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 107.13 | 53,979.49 |
| 03/01/12 | | To Account #9200******9266 | Funds allowing payment of order to Todd Klein special counsel | 9999-000 | | 25,726.43 | 28,253.06 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 59.65 | 28,193.41 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.84 | 28,137.57 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 63.43 | 28,074.14 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.61 | 28,018.53 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 61.24 | 27,957.29 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 59.19 | 27,898.10 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.35 | 27,844.75 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 62.76 | 27,781.99 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.92 | 27,725.07 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033026088 20121220 | 9999-000 | | 27,725.07 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 70,000.87 | 70,000.87 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 69,151.50 | |
| | | | **Subtotal** | | 70,000.87 | 849.37 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$70,000.87** | **$849.37** | |

{} Asset reference(s)  Printed: 06/17/2013 03:23 PM  V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-41138  
**Case Name:** LOUIS, WILLIAM B.  
LOUIS, SHANNON M.  
**Taxpayer ID #:** **-***2700  
**Period Ending:** 06/12/13  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******92-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/20/11 | | From Account #9200******9265 | funds for blanket bond | 9999-000 | 700.00 | | 700.00 |
| 12/20/11 | | From Account #9200******9265 | FUNDS FOR PAYMENT OF EXEMPTION TO DEBTOR | 9999-000 | 15,000.00 | | 15,700.00 |
| 12/20/11 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/20/2011 FOR CASE #09-41138, Blanket Bond 016028270 11/3/11 - 11/3/12<br>Voided on 01/01/12 | 2300-000 | | 129.34 | 15,570.66 |
| 12/20/11 | 102 | William Louis | PAYMENT OF EXEMPTION TO DEBTOR | 8100-002 | | 15,000.00 | 570.66 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 545.66 |
| 01/01/12 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/20/2011 FOR CASE #09-41138, Blanket Bond 016028270 11/3/11 - 11/3/12<br>Voided: check issued on 12/20/11 | 2300-000 | | -129.34 | 675.00 |
| 02/21/12 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/21/2012 FOR CASE #09-41138, Bond # 016026455 2/1/12 - 2/1/13 | 2300-000 | | 369.92 | 305.08 |
| 03/01/12 | | From Account #9200******9265 | Funds allowing payment of order to Todd Klein special counsel | 9999-000 | 25,726.43 | | 26,031.51 |
| 03/01/12 | 104 | Anesi Ozmon Rodin Novak & Cohen | Order authorizing payment of contingency fees and expenses to special counsel | | | 25,726.43 | 305.08 |
| | | ANESI OZMON RODIN NOVAK & COHEN | | 23,333.33 | 3210-600 | | 305.08 |
| | | ANESI OZMON RODIN NOVAK & COHEN | | 2,393.10 | 3220-610 | | 305.08 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.88 | 255.20 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033026088 20121220 | 9999-000 | | 255.20 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 41,426.43 | 41,426.43 | $0.00 |
| | | | Less: Bank Transfers | | 41,426.43 | 255.20 | |
| | | | **Subtotal** | | 0.00 | 41,171.23 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$26,171.23** | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-41138  
**Case Name:** LOUIS, WILLIAM B.  
LOUIS, SHANNON M.  
**Taxpayer ID #:** **-***2700  
**Period Ending:** 06/12/13

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****584166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 27,725.07 | | 27,725.07 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.45 | 27,687.62 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.20 | 27,643.42 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.44 | 27,605.98 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.72 | 27,567.26 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.63 | 27,524.63 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.23 | 27,483.40 |
| | | | **ACCOUNT TOTALS** | | 27,725.07 | 241.67 | **$27,483.40** |
| | | | Less: Bank Transfers | | 27,725.07 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 241.67 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$241.67** | |

{} Asset reference(s)

Printed: 06/17/2013 03:23 PM    V.13.13

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 09-41138  
**Case Name:** LOUIS, WILLIAM B.  
LOUIS, SHANNON M.  
**Taxpayer ID #:** **-***2700  
**Period Ending:** 06/12/13

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****584167 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 255.20 | | 255.20 |
| 01/23/13 | 10105 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/23/2013 FOR CASE #09-41138 | 2300-000 | | 3.75 | 251.45 |
| 03/21/13 | 10106 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/21/2013 FOR CASE #09-41138 | 2300-000 | | 31.57 | 219.88 |
| | | | **ACCOUNT TOTALS** | | 255.20 | 35.32 | **$219.88** |
| | | | Less: Bank Transfers | | 255.20 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 35.32 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$35.32** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******92-65** | 70,000.87 | 849.37 | 0.00 |
| **Checking # 9200-******92-66** | 0.00 | 26,171.23 | 0.00 |
| **Checking # ****584166** | 0.00 | 241.67 | 27,483.40 |
| **Checking # ****584167** | 0.00 | 35.32 | 219.88 |
| | **$70,000.87** | **$27,297.59** | **$27,703.28** |

{} Asset reference(s)

Printed: 06/17/2013 03:23 PM  V.13.13

# Claims Register

## Case: 09-41138  LOUIS, WILLIAM B.

Claims Bar Date: 03/07/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | ALEX D. MOGLIA<br>1325 REMINGTON RD.STE. H<br>SCHAUMBURG, IL 60173<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>10/30/09 | | $6,000.04<br>$6,000.04 | $0.00 | $6,000.04 |
| | ALEX D. MOGLIA<br>1325 REMINGTON RD.STE. H<br>SCHAUMBURG, IL 60173<br><2200-00  Trustee Expenses>, 200 | Admin Ch. 7<br>10/30/09 | | $0.92<br>$0.92 | $0.00 | $0.92 |
| | DIMONTE & LIZAK, LLC<br>216 W. HIGGINS ROAD<br>PARK RIDGE, IL 60068<br><3210-00  Attorney for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>10/30/09 | PRELIM NUMBER OF 2559.00 FROM DEREK SAMZ DATED 10-13-2011. | $6,458.00<br>$6,458.00 | $0.00 | $6,458.00 |
| | ANESI OZMON RODIN NOVAK & COHEN<br>C/O TODD KLEIN<br>161 N. CLARK STREET, 21ST FLOOR<br>CHICAGO, IL 60601<br><3210-60  Special Counsel for Trustee Fees>, 200 | Admin Ch. 7<br>10/30/09 | | $0.00<br>$23,333.33 | $23,333.33 | $0.00 |
| | DIMONTE & LIZAK, LLC<br>216 W. HIGGINS ROAD<br>PARK RIDGE, IL 60068<br><3220-00  Attorney for Trustee Expenses (Other Firm)>, 200 | Admin Ch. 7<br>10/30/09 | PRELIM NUMBER OF 306.76 FROM DEREK SAMZ DATED 10-13-2011. | $319.91<br>$319.91 | $0.00 | $319.91 |
| | ANESI OZMON RODIN NOVAK & COHEN<br>C/O TODD KLEIN<br>161 N. CLARK STREET, 21ST FLOOR<br>CHICAGO, IL 60601<br><3220-61  Special Counsel for Trustee Expenses>, 200 | Admin Ch. 7<br>10/30/09 | | $0.00<br>$2,393.10 | $2,393.10 | $0.00 |
| A | ADVOCATE CHRIST HOSPITAL<br>CDCS<br>8 S. MICHIGAN AVENUE, SUITE 618<br>CHICAGO, IL 60603<br><4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>, 100 | Secured<br>10/30/09 | 157909<br><br>MEDICAL LIEN | $1,022.00<br>$1,022.00 | $0.00 | $1,022.00 |
| B | ATI PHYSICAL THERAPY<br>ATTENTION: TIONA<br>790 REMINGTON BOULEVARD<br>BOLINGBROOK, IL 60440<br><4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>, 100 | Secured<br>10/30/09 | 74892<br><br>MEDICAL LIEN | $3,293.00<br>$3,293.00 | $0.00 | $3,293.00 |

# Claims Register

## Case:  09-41138   LOUIS, WILLIAM B.

Claims Bar Date: 03/07/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| C | HINSDALE ORTHOPAEDICS<br>550 W. OGDEN AVENUE<br><br>HINSDALE, IL 60521<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>, 100 | Secured<br>10/30/09 | 107065<br><br>MEDICAL LIEN | $2,500.00<br>$2,500.00 | $0.00 | $2,500.00 |
| D | ADVANCED PAIN CENTERS<br>2260 W Higgins<br><br>Hoffman Estates, IL 60169<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>, 100 | Secured<br>10/30/09 | ACCT: 16521<br><br>MEDICAL LIEN | $1,693.00<br>$1,693.00 | $0.00 | $1,693.00 |
| E | VILLAGE OF BEDFORD PARK<br>Paramedic Billing Services<br>355 W. Lake Street<br>Elmhurst, IL 60126<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>, 100 | Secured<br>10/30/09 | <br><br>MEDICAL LIEN | $794.00<br>$794.00 | $0.00 | $794.00 |
| 1 | Toyota Motor Credit Corporation<br>PO BOX 8026<br><br>Cedar Rapids, IA 52408-8026<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/19/11 | <br>OOC dtd 1-10-2013, docket #36 | $15,576.78<br>$0.00 | $0.00 | $0.00 |
| 2 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/27/11 | | $5,728.34<br>$5,728.34 | $0.00 | $5,728.34 |
| 3 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/27/11 | | $804.85<br>$804.85 | $0.00 | $804.85 |
| 4 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>01/04/12 | | $2,559.14<br>$2,559.14 | $0.00 | $2,559.14 |
| 5 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>01/04/12 | | $2,587.12<br>$2,587.12 | $0.00 | $2,587.12 |

# Claims Register

## Case: 09-41138 LOUIS, WILLIAM B.

Claims Bar Date: 03/07/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>02/05/12 | | $367.79<br>$367.79 | $0.00 | $367.79 |
| 7 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>02/05/12 | | $1,556.94<br>$1,556.94 | $0.00 | $1,556.94 |
| 8 | Portfolio Recovery Associates, LLC<br>c/o Ameritech<br>POB 41067<br>Norfolk, VA 23541<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>02/27/12 | | $1,653.47<br>$1,653.47 | $0.00 | $1,653.47 |
| | | | **Case Total:** | | **$25,726.43** | **$37,338.52** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 09-41138
Case Name: LOUIS, WILLIAM B.
Trustee Name: ALEX D. MOGLIA

**Balance on hand:** $ 27,703.28

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| A | ADVOCATE CHRIST HOSPITAL | 1,022.00 | 1,022.00 | 0.00 | 1,022.00 |
| B | ATI PHYSICAL THERAPY | 3,293.00 | 3,293.00 | 0.00 | 3,293.00 |
| C | HINSDALE ORTHOPAEDICS | 2,500.00 | 2,500.00 | 0.00 | 2,500.00 |
| D | ADVANCED PAIN CENTERS | 1,693.00 | 1,693.00 | 0.00 | 1,693.00 |
| E | VILLAGE OF BEDFORD PARK | 794.00 | 794.00 | 0.00 | 794.00 |

Total to be paid to secured creditors: $ 9,302.00
Remaining balance: $ 18,401.28

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ALEX D. MOGLIA | 6,000.04 | 0.00 | 6,000.04 |
| Trustee, Expenses - ALEX D. MOGLIA | 0.92 | 0.00 | 0.92 |
| Attorney for Trustee, Fees - DIMONTE & LIZAK, LLC | 6,458.00 | 0.00 | 6,458.00 |
| Attorney for Trustee, Expenses - DIMONTE & LIZAK, LLC | 319.91 | 0.00 | 319.91 |

Total to be paid for chapter 7 administration expenses: $ 12,778.87
Remaining balance: $ 5,622.41

**UST Form 101-7-TFR (05/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,622.41

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 5,622.41

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,257.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 36.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Chase Bank USA NA | 5,728.34 | 0.00 | 2,110.88 |
| 3 | Chase Bank USA NA | 804.85 | 0.00 | 296.58 |
| 4 | American Express Bank, FSB | 2,559.14 | 0.00 | 943.04 |
| 5 | American Express Centurion Bank | 2,587.12 | 0.00 | 953.35 |
| 6 | Midland Funding LLC | 367.79 | 0.00 | 135.53 |
| 7 | Midland Funding LLC | 1,556.94 | 0.00 | 573.73 |
| 8 | Portfolio Recovery Associates, LLC | 1,653.47 | 0.00 | 609.30 |

Total to be paid for timely general unsecured claims: $ 5,622.41
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for tardy general unsecured claims: | $ 0.00 |
| | Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for subordinated claims: | $ 0.00 |
| | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**