**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: LOUIS, WILLIAM B. § | Case No. 09-41138 |
|      LOUIS, SHANNON M. § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

     Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that ALEX D. MOGLIA, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  219 S. Dearborn Street, Room 873
  Chicago, IL  60604

     Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within  20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

     Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within  20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 07/24/2013 in Courtroom 613, United States Courthouse, 219 S. Dearborn Street
Chicago, IL  60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  06/26/2013          By:  /s/ALEX D. MOGLIA
                                                              Trustee

ALEX D. MOGLIA
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL  60173
(847) 884-8282

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: LOUIS, WILLIAM B.　　LOUIS, SHANNON M.　　　　　　　Debtor(s) | § Case No. 09-41138 § § § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*　　$ 70,000.87

*and approved disbursements of*　　$ 42,297.59

*leaving a balance on hand of* [1]　　$ 27,703.28

**Balance on hand:**　　$ 27,703.28

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| A | ADVOCATE CHRIST HOSPITAL | 1,022.00 | 1,022.00 | 0.00 | 1,022.00 |
| B | ATI PHYSICAL THERAPY | 3,293.00 | 3,293.00 | 0.00 | 3,293.00 |
| C | HINSDALE ORTHOPAEDICS | 2,500.00 | 2,500.00 | 0.00 | 2,500.00 |
| D | ADVANCED PAIN CENTERS | 1,693.00 | 1,693.00 | 0.00 | 1,693.00 |
| E | VILLAGE OF BEDFORD PARK | 794.00 | 794.00 | 0.00 | 794.00 |

Total to be paid to secured creditors:　　$ 9,302.00
Remaining balance:　　$ 18,401.28

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee, Fees - ALEX D. MOGLIA | 6,000.04 | 0.00 | 6,000.04 |
| Trustee, Expenses - ALEX D. MOGLIA | 0.92 | 0.00 | 0.92 |
| Attorney for Trustee, Fees - DIMONTE & LIZAK, LLC | 6,458.00 | 0.00 | 6,458.00 |
| Attorney for Trustee, Expenses - DIMONTE & LIZAK, LLC | 319.91 | 0.00 | 319.91 |

Total to be paid for chapter 7 administration expenses: $ 12,778.87
Remaining balance: $ 5,622.41

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- |
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,622.41

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| | None | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 5,622.41

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 15,257.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 36.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Chase Bank USA NA | 5,728.34 | 0.00 | 2,110.88 |
| 3 | Chase Bank USA NA | 804.85 | 0.00 | 296.58 |
| 4 | American Express Bank, FSB | 2,559.14 | 0.00 | 943.04 |
| 5 | American Express Centurion Bank | 2,587.12 | 0.00 | 953.35 |
| 6 | Midland Funding LLC | 367.79 | 0.00 | 135.53 |
| 7 | Midland Funding LLC | 1,556.94 | 0.00 | 573.73 |
| 8 | Portfolio Recovery Associates, LLC | 1,653.47 | 0.00 | 609.30 |

Total to be paid for timely general unsecured claims:   $   5,622.41
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By:  /s/ALEX D. MOGLIA
                     Trustee

ALEX D. MOGLIA
1325 REMINGTON RD. STE. H
SCHAUMBURG, IL  60173
(847) 884-8282

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                                    Case No. 09-41138-TAB
William B. Louis                                                          Chapter 7
Shannon M. Louis
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-1           User: ccabrales              Page 1 of 3              Date Rcvd: Jun 27, 2013
                               Form ID: pdf006              Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2013.
db/jdb        +William B. Louis,   Shannon M. Louis,   5340 Crescent Lane,   Oak Forest, IL 60452-2253
14664096      +American Express,   Box 0001,   Los Angeles, CA 90096-8000
18328946       American Express Bank, FSB,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
18328947       American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
14664097      +Best Buy Rewardzone,   PO Box 17051,   Baltimore, MD 21297-1051
14664099      +Chase BP,   PO Box 15153,   Wilmington, DE 19886-5153
14664098      +Chase Bank USA,   131 S. Dearborn Street,   Floor 5,   Chicago, IL 60603-5571
18301380       Chase Bank USA NA,   PO Box 15145,   Wilmington, DE 19850-5145
14664101      +Citcard,   Box 6000,   The Lakes, NV 89163-0001
14664104      +HSBC Card Services,   PO Box 17051,   Baltimore, MD 21297-1051
14664103       Home Depot Credit Services,   PO Box 689100,   Des Moines, IA 50368
14664102       Home Depot Credit Services,   PO Box 5891000,   Des Moines, IA 50368
14664106      +Menards,   PO Box 17602,   Baltimore, MD 21297-1602
19927189       Midland Funding LLC,   By its authorized agent Recoser, LLC,   25 SE 2nd Ave, Suite 1120,
                Miami, FL 33131-1605
18534209     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,   c/o Ameritech,   POB 41067,
                Norfolk VA 23541)
14664108     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,   5005 N. River Blvd NE,
                Cedar Rapids, IA 52411)
14664109      +Wachovia,   PO Box 60505,   City of Industry, CA,   City of Industry, CA 91716-0505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18443574       E-mail/PDF: rmscedi@recoverycorp.com Jun 28 2013 01:02:08    GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
14664105      +E-mail/PDF: gecsedi@recoverycorp.com Jun 28 2013 01:03:38    Lowes,   PO Box 530914,
                Atlanta, GA 30353-0914
19927190       E-mail/PDF: rmscedi@recoverycorp.com Jun 28 2013 01:02:08
                Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
14664107      +E-mail/PDF: gecsedi@recoverycorp.com Jun 28 2013 01:03:38    Sam's Club,   PO Box 530942,
                Atlanta, GA 30353-0942
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            DiMonte & Lizak, LLC
14664100*     +Chase BP,   Box 15153,   Wilmington, DE 19886-5153
18271250*    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Corporation,   PO BOX 8026,
                Cedar Rapids, IA. 52408-8026)
14664110     ##+Wells Fargo Financial,   PO Box 98796,   Las Vegas, NV 89193-8796,   z
                                                                                   TOTALS: 1, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: ccabrales           Page 2 of 3            Date Rcvd: Jun 27, 2013
                              Form ID: pdf006           Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 29, 2013**                    **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: ccabrales            Page 3 of 3                  Date Rcvd: Jun 27, 2013
                               Form ID: pdf006           Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2013 at the address(es) listed below:
          Alex D Moglia, ESQ    amoglia@mogliaadvisors.com,   IL31@ecfcbis.com
          Derek D Samz    on behalf of Trustee Alex D Moglia, ESQ dereksamz@gmail.com,
           nromando@dimontelaw.com
          Derek D Samz    on behalf of Spec. Counsel Alex D Moglia dereksamz@gmail.com,
           nromando@dimontelaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Steven A Wade    on behalf of Debtor William B. Louis swade@anesilaw.com,
           cathyhe@uawlsp.com;pleisen@anesilaw.com
          Steven A Wade    on behalf of Joint Debtor Shannon M. Louis swade@anesilaw.com,
           cathyhe@uawlsp.com;pleisen@anesilaw.com
                                                                                                                                             TOTAL: 6