# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: LOUIS, WILLIAM B. § | Case No. 09-41138 |
| LOUIS, SHANNON M. § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

ALEX D. MOGLIA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                    Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $14,924.41        Claims Discharged
                                                    Without Payment: $9,635.24

Total Expenses of Administration: $40,076.46

---

3) Total gross receipts of $ 70,000.87 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $55,000.87 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $9,302.00 | $9,302.00 | $9,302.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 14,350.03 | 40,076.46 | 40,076.46 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 30,834.43 | 15,257.65 | 5,622.41 |
| **TOTAL DISBURSEMENTS** | $0.00 | $54,486.46 | $64,636.11 | $55,000.87 |

4) This case was originally filed under Chapter 7 on October 30, 2009. The case was pending for 56 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/27/2014          By: /s/ALEX D. MOGLIA
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| PERSONAL INJURY SUIT | 1229-000 | 70,000.00 |
| Interest Income | 1270-000 | 0.87 |
| **TOTAL GROSS RECEIPTS** | | **$70,000.87** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| William Louis | PAYMENT OF EXEMPTION TO DEBTOR | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| A | ADVOCATE CHRIST HOSPITAL | 4210-000 | N/A | 1,022.00 | 1,022.00 | 1,022.00 |
| B | ATI PHYSICAL THERAPY | 4210-000 | N/A | 3,293.00 | 3,293.00 | 3,293.00 |
| C | HINSDALE ORTHOPAEDICS | 4210-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| D | ADVANCED PAIN CENTERS | 4210-000 | N/A | 1,693.00 | 1,693.00 | 1,693.00 |
| E | VILLAGE OF BEDFORD PARK | 4210-000 | N/A | 794.00 | 794.00 | 794.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$9,302.00** | **$9,302.00** | **$9,302.00** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALEX D. MOGLIA | 2100-000 | N/A | 6,000.04 | 6,000.04 | 6,000.04 |
| ALEX D. MOGLIA | 2200-000 | N/A | 0.92 | 0.92 | 0.92 |
| DIMONTE & LIZAK, LLC | 3210-000 | N/A | 6,458.00 | 6,458.00 | 6,458.00 |
| ANESI OZMON RODIN NOVAK & COHEN | 3210-600 | N/A | 0.00 | 23,333.33 | 23,333.33 |
| DIMONTE & LIZAK, LLC | 3220-000 | N/A | 319.91 | 319.91 | 319.91 |
| ANESI OZMON RODIN NOVAK & COHEN | 3220-610 | N/A | 0.00 | 2,393.10 | 2,393.10 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 95.75 | 95.75 | 95.75 |
| The Bank of New York Mellon | 2600-000 | N/A | 118.50 | 118.50 | 118.50 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 369.92 | 369.92 | 369.92 |
| The Bank of New York Mellon | 2600-000 | N/A | 107.13 | 107.13 | 107.13 |
| The Bank of New York Mellon | 2600-000 | N/A | 59.65 | 59.65 | 59.65 |
| The Bank of New York Mellon | 2600-000 | N/A | 49.88 | 49.88 | 49.88 |
| The Bank of New York Mellon | 2600-000 | N/A | 55.84 | 55.84 | 55.84 |
| The Bank of New York Mellon | 2600-000 | N/A | 63.43 | 63.43 | 63.43 |
| The Bank of New York Mellon | 2600-000 | N/A | 55.61 | 55.61 | 55.61 |
| The Bank of New York Mellon | 2600-000 | N/A | 61.24 | 61.24 | 61.24 |
| The Bank of New York Mellon | 2600-000 | N/A | 59.19 | 59.19 | 59.19 |
| The Bank of New York Mellon | 2600-000 | N/A | 53.35 | 53.35 | 53.35 |
| The Bank of New York Mellon | 2600-000 | N/A | 62.76 | 62.76 | 62.76 |
| The Bank of New York Mellon | 2600-000 | N/A | 56.92 | 56.92 | 56.92 |
| Rabobank, N.A. | 2600-000 | N/A | 37.45 | 37.45 | 37.45 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 3.75 | 3.75 | 3.75 |
| Rabobank, N.A. | 2600-000 | N/A | 44.20 | 44.20 | 44.20 |
| Rabobank, N.A. | 2600-000 | N/A | 37.44 | 37.44 | 37.44 |
| International Sureties, LTD | 2300-000 | N/A | 31.57 | 31.57 | 31.57 |
| Rabobank, N.A. | 2600-000 | N/A | 38.72 | 38.72 | 38.72 |
| Rabobank, N.A. | 2600-000 | N/A | 42.63 | 42.63 | 42.63 |
| Rabobank, N.A. | 2600-000 | N/A | 41.23 | 41.23 | 41.23 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $14,350.03 | $40,076.46 | $40,076.46 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Toyota Motor Credit Corporation | 7100-000 | N/A | 15,576.78 | 0.00 | 0.00 |
| 2 | Chase Bank USA NA | 7100-000 | N/A | 5,728.34 | 5,728.34 | 2,110.88 |
| 3 | Chase Bank USA NA | 7100-000 | N/A | 804.85 | 804.85 | 296.58 |
| 4 | American Express Bank, FSB | 7100-000 | N/A | 2,559.14 | 2,559.14 | 943.04 |
| 5 | American Express Centurion Bank | 7100-000 | N/A | 2,587.12 | 2,587.12 | 953.35 |
| 6 | Midland Funding LLC | 7100-000 | N/A | 367.79 | 367.79 | 135.53 |
| 7 | Midland Funding LLC | 7100-000 | N/A | 1,556.94 | 1,556.94 | 573.73 |
| 8 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 1,653.47 | 1,653.47 | 609.30 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $30,834.43 | $15,257.65 | $5,622.41 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-41138  
**Case Name:** LOUIS, WILLIAM B.  
LOUIS, SHANNON M.  
**Period Ending:** 06/27/14

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 10/30/09 (f)  
**§341(a) Meeting Date:** 12/16/09  
**Claims Bar Date:** 03/07/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | PERSONAL INJURY SUIT (u) | 70,000.00 | 0.00 | | 70,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.87 | FA |
| 2 | **Assets** Totals (Excluding unknown values) | **$70,000.00** | **$0.00** | | **$70,000.87** | **$0.00** |

**Major Activities Affecting Case Closing:**

PREPARATION OF FINAL ACCOUNT.

**Initial Projected Date Of Final Report (TFR):**   March 31, 2012     **Current Projected Date Of Final Report (TFR):**   June 26, 2013  (Actual)

Printed: 06/27/2014 04:51 PM     V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 09-41138 | | **Trustee:** | ALEX D. MOGLIA (330260) |
| --- | --- | --- | --- | --- |
| **Case Name:** | LOUIS, WILLIAM B. | | **Bank Name:** | The Bank of New York Mellon |
| | LOUIS, SHANNON M. | | **Account:** | ****-******92-65 - Checking Account |
| **Taxpayer ID #:** | **-***2700 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 06/27/14 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/07/11 | {1} | American Family Insurance | Settlement payment | 1229-000 | 70,000.00 | | 70,000.00 |
| 12/20/11 | | To Account #**********9266 | funds for blanket bond | 9999-000 | | 700.00 | 69,300.00 |
| 12/20/11 | | To Account #**********9266 | FUNDS FOR PAYMENT OF EXEMPTION TO DEBTOR | 9999-000 | | 15,000.00 | 54,300.00 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.41 | | 54,300.41 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 95.75 | 54,204.66 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.46 | | 54,205.12 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 118.50 | 54,086.62 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 107.13 | 53,979.49 |
| 03/01/12 | | To Account #**********9266 | Funds allowing payment of order to Todd Klein special counsel | 9999-000 | | 25,726.43 | 28,253.06 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 59.65 | 28,193.41 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.84 | 28,137.57 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 63.43 | 28,074.14 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.61 | 28,018.53 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 61.24 | 27,957.29 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 59.19 | 27,898.10 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.35 | 27,844.75 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 62.76 | 27,781.99 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.92 | 27,725.07 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033026088 20121220 | 9999-000 | | 27,725.07 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 70,000.87 | 70,000.87 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 69,151.50 | |
| | | | **Subtotal** | | 70,000.87 | 849.37 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$70,000.87** | **$849.37** | |

{} Asset reference(s)

Printed: 06/27/2014 04:51 PM     V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-41138  
**Case Name:** LOUIS, WILLIAM B.  
LOUIS, SHANNON M.  
**Taxpayer ID #:** **-***2700  
**Period Ending:** 06/27/14

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******92-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/20/11 | | From Account #**********9265 | funds for blanket bond | 9999-000 | 700.00 | | 700.00 |
| 12/20/11 | | From Account #**********9265 | FUNDS FOR PAYMENT OF EXEMPTION TO DEBTOR | 9999-000 | 15,000.00 | | 15,700.00 |
| 12/20/11 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/20/2011 FOR CASE #09-41138, Blanket Bond 016028270 11/3/11 - 11/3/12<br>Voided on 01/01/12 | 2300-000 | | 129.34 | 15,570.66 |
| 12/20/11 | 102 | William Louis | PAYMENT OF EXEMPTION TO DEBTOR | 8100-002 | | 15,000.00 | 570.66 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 545.66 |
| 01/01/12 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/20/2011 FOR CASE #09-41138, Blanket Bond 016028270 11/3/11 - 11/3/12<br>Voided: check issued on 12/20/11 | 2300-000 | | -129.34 | 675.00 |
| 02/21/12 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/21/2012 FOR CASE #09-41138, Bond # 016026455 2/1/12 - 2/1/13 | 2300-000 | | 369.92 | 305.08 |
| 03/01/12 | | From Account #**********9265 | Funds allowing payment of order to Todd Klein special counsel | 9999-000 | 25,726.43 | | 26,031.51 |
| 03/01/12 | 104 | Anesi Ozmon Rodin Novak & Cohen | Order authorizing payment of contingency fees and expenses to special counsel | | | 25,726.43 | 305.08 |
| | | ANESI OZMON RODIN NOVAK & COHEN | | 3210-600 | 23,333.33 | | 305.08 |
| | | ANESI OZMON RODIN NOVAK & COHEN | | 3220-610 | 2,393.10 | | 305.08 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.88 | 255.20 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033026088 20121220 | 9999-000 | | 255.20 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 41,426.43 | 41,426.43 | $0.00 |
| | | | Less: Bank Transfers | | 41,426.43 | 255.20 | |
| | | | **Subtotal** | | 0.00 | 41,171.23 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$26,171.23** | |

{} Asset reference(s)  
Printed: 06/27/2014 04:51 PM V.13.15

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-41138  
**Case Name:** LOUIS, WILLIAM B.  
LOUIS, SHANNON M.  
**Taxpayer ID #:** **-***2700  
**Period Ending:** 06/27/14

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 27,725.07 | | 27,725.07 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.45 | 27,687.62 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.20 | 27,643.42 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.44 | 27,605.98 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.72 | 27,567.26 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.63 | 27,524.63 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.23 | 27,483.40 |
| 08/01/13 | | To Account #******4167 | Funds to be distribute | 9999-000 | | 27,483.40 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 27,725.07 | 27,725.07 | $0.00 |
| | | | Less: Bank Transfers | | 27,725.07 | 27,483.40 | |
| | | | **Subtotal** | | 0.00 | 241.67 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$241.67** | |

{} Asset reference(s)

Printed: 06/27/2014 04:51 PM V.13.15

Exhibit 9

## Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 09-41138 | Trustee: | ALEX D. MOGLIA (330260) |
|---|---|---|---|
| Case Name: | LOUIS, WILLIAM B. | Bank Name: | Rabobank, N.A. |
| | LOUIS, SHANNON M. | Account: | ******4167 - Checking Account |
| Taxpayer ID #: | **-***2700 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/27/14 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 255.20 | | 255.20 |
| 01/23/13 | 10105 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/23/2013 FOR CASE #09-41138 | 2300-000 | | 3.75 | 251.45 |
| 03/21/13 | 10106 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/21/2013 FOR CASE #09-41138 | 2300-000 | | 31.57 | 219.88 |
| 08/01/13 | | From Account #******4166 | Funds to be distribute | 9999-000 | 27,483.40 | | 27,703.28 |
| 08/01/13 | 10107 | ADVOCATE CHRIST HOSPITAL | BANKRUPTCY CASE09-41138 ,LOUIS, WILLIAM B. DIVIDEND ON ALLOWED CLAIM # A of 100.00% | 4210-000 | | 1,022.00 | 26,681.28 |
| 08/01/13 | 10108 | ATI PHYSICAL THERAPY | BANKRUPTCY CASE09-41138 ,LOUIS, WILLIAM B. DIVIDEND ON ALLOWED CLAIM # B of 100.00% | 4210-000 | | 3,293.00 | 23,388.28 |
| 08/01/13 | 10109 | HINSDALE ORTHOPAEDICS | BANKRUPTCY CASE09-41138 ,LOUIS, WILLIAM B. DIVIDEND ON ALLOWED CLAIM # C of 100.00% | 4210-000 | | 2,500.00 | 20,888.28 |
| 08/01/13 | 10110 | ADVANCED PAIN CENTERS | BANKRUPTCY CASE09-41138 ,LOUIS, WILLIAM B. DIVIDEND ON ALLOWED CLAIM # D of 100.00% | 4210-000 | | 1,693.00 | 19,195.28 |
| 08/01/13 | 10111 | VILLAGE OF BEDFORD PARK | BANKRUPTCY CASE09-41138 ,LOUIS, WILLIAM B. DIVIDEND ON ALLOWED CLAIM # E of 100.00% | 4210-000 | | 794.00 | 18,401.28 |
| 08/01/13 | 10112 | ALEX D. MOGLIA | Dividend paid 100.00% on $6,000.04, Trustee Compensation; Reference: | 2100-000 | | 6,000.04 | 12,401.24 |
| 08/01/13 | 10113 | American Express Bank, FSB | BANKRUPTCY CASE09-41138 ,LOUIS, WILLIAM B. DIVIDEND ON ALLOWED CLAIM # 4 of 36.84% | 7100-000 | | 943.04 | 11,458.20 |
| 08/01/13 | 10114 | American Express Centurion Bank | BANKRUPTCY CASE09-41138 ,LOUIS, WILLIAM B. DIVIDEND ON ALLOWED CLAIM # 5 of 36.84% | 7100-000 | | 953.35 | 10,504.85 |
| 08/01/13 | 10115 | Portfolio Recovery Associates, LLC | BANKRUPTCY CASE09-41138 ,LOUIS, WILLIAM B. DIVIDEND ON ALLOWED CLAIM # 8 of 36.84% | 7100-000 | | 609.30 | 9,895.55 |
| 08/01/13 | 10116 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Stopped on 08/29/13 | 2200-000 | | 0.92 | 9,894.63 |
| 08/01/13 | 10117 | Chase Bank USA NA | Combined Check for Claims#2,3 | | | 2,407.46 | 7,487.17 |
| | | | Dividend paid  36.84%           2,110.88 | 7100-000 | | | 7,487.17 |

Subtotals :     $27,738.60     $20,251.43

{} Asset reference(s)

Printed: 06/27/2014 04:51 PM     V.13.15

## Form 2
### Cash Receipts And Disbursements Record

Page: 5

| | |
|---|---|
| **Case Number:** 09-41138 | **Trustee:** ALEX D. MOGLIA (330260) |
| **Case Name:** LOUIS, WILLIAM B. | **Bank Name:** Rabobank, N.A. |
| LOUIS, SHANNON M. | **Account:** ******4167 - Checking Account |
| **Taxpayer ID #:** **-***2700 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 06/27/14 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $5,728.34; Claim# 2; Filed: $5,728.34 | | | | |
| | | | Dividend paid 36.84% 296.58 on $804.85; Claim# 3; Filed: $804.85 | 7100-000 | | | 7,487.17 |
| 08/01/13 | 10118 | DIMONTE & LIZAK, LLC | Combined Check for Claims#et_al. | | | 6,777.91 | 709.26 |
| | | | Dividend paid 100.00% 6,458.00 on $6,458.00; Claim# ; Filed: $6,458.00 | 3210-000 | | | 709.26 |
| | | | Dividend paid 100.00% 319.91 on $319.91; Claim# ; Filed: $319.91 | 3220-000 | | | 709.26 |
| 08/01/13 | 10119 | Midland Funding LLC | Combined Check for Claims#6,7 | | | 709.26 | 0.00 |
| | | | Dividend paid 36.84% 135.53 on $367.79; Claim# 6; Filed: $367.79 | 7100-000 | | | 0.00 |
| | | | Dividend paid 36.84% 573.73 on $1,556.94; Claim# 7; Filed: $1,556.94 | 7100-000 | | | 0.00 |
| 08/29/13 | 10116 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Stopped: check issued on 08/01/13 | 2200-000 | | -0.92 | 0.92 |
| 08/29/13 | 10120 | Alex D. Moglia | Trustee expenses | 2200-000 | | 0.92 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 27,738.60 | 27,738.60 | **$0.00** |
| | | | Less: Bank Transfers | | 27,738.60 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **27,738.60** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$27,738.60** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******92-65** | 70,000.87 | 849.37 | 0.00 |
| **Checking # ****-******92-66** | 0.00 | 26,171.23 | 0.00 |
| **Checking # ******4166** | 0.00 | 241.67 | 0.00 |
| **Checking # ******4167** | 0.00 | 27,738.60 | 0.00 |
| | **$70,000.87** | **$55,000.87** | **$0.00** |

{} Asset reference(s)

Printed: 06/27/2014 04:51 PM V.13.15